1
2
3
4
5

Sean D. Yi (SBN 334772)
syi@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121
Telephone:  +1.858.314.1183
Facsimile:   +1.844.345.3178

6
7
8

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS,
INC.

9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

BROOKS PAULUS,

       Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and MISSION
FEDERAL CREDIT UNION,

       Defendants.

Case No.   **'21 CV 825  L    MSB**

[Removal of San Diego County
Superior Court, Case No. 37-2021-
00013537-CL-MC-CTL]

**NOTICE OF JOINT REMOVAL
OF ACTION**

19
20
21
22
23
24
25
26
27
28

     Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Experian Information Solutions, Inc. ("Experian") and Mission Federal Credit Union ("MFCU," and and collectively, the "Defendants") jointly remove the subject action from the San Diego County Superior Court to the United States District Court for the Southern District of California, on the following grounds:

1. Plaintiff Brooke Paulus served Experian on March 29, 2021, with a Summons and Complaint filed in the San Diego County Superior Court. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  Attached as **Exhibit C** are the remaining process,

pleadings, and orders served on Defendant, including: the Civil Case Cover Sheet, Notice Of Hearing, Clerk's Certificate Of Service By Mail, Notice Of Case Assignment And Case Management Conference, Notice Of Eligibility To eFile And Assignment To Imaging Department, Alternative Dispute Resolution (ADR) Information, Plaintiff's Statement Of Damages, Proof Of Service Of Summons And Complaint On Defendant Experian, and Proof Of Service Of Summons And Complaint On Defendant MFCU.  No other process, pleadings, or orders have been served on Experian.

2.  MFCU's Consent to Removal is attached as **Exhibit D**.

3.  Plaintiff brings claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA").  (*See* Ex. B ¶¶ 59-66 (bringing claims against Experian arising from the FCRA).)

4.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because there is a federal question.  This suit arises from the FCRA which thereby supplies this federal question.  The remaining claims Plaintiff brings are so related to Plaintiff's FCRA claims that they form part of the same case or controversy.

5.  This United States District Court for the Southern District of California has jurisdiction in the district embracing the place where the state court action is pending.  (*See* 28 U.S.C. § 1441(a).).

6.  Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the San Diego County Superior Court to the United States District Court for the Southern District of California.

7.  Notice of this removal will be promptly filed with the San Diego County Superior Court and served upon all parties.

WHEREFORE, Defendant Experian hereby removes the subject action from the San Diego County Superior Court to this United States District Court for the Southern District of California.

NOTICE OF JOINT REMOVAL OF ACTION

1    **Dated**: April 28, 2021                    JONES DAY

2

3                                                  By:   */s/ Sean Yi*
                                                        Sean Yi
4
                                                  Attorneys for Defendant
5                                                  EXPERIAN INFORMATION
                                                  SOLUTIONS, INC.
6
                                                  Email:  syi@jonesday.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF JOINT REMOVAL OF ACTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Summons from State Court Action | 5-6 |
| B | Complaint from State Court Action | 7-19 |
| C | Other Process, Pleadings, and Orders from State Court Action | 20-37 |
| D | Consent to Removal by Mission Federal Credit Union | 39-40 |

NOTICE OF JOINT REMOVAL OF ACTION