# EXHIBIT C

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Joshua B. Swigart, Esq. (SBN 225557)
Swigart Law Group, APC
2221 Camino Del Rio South, Suite 308, San Diego, CA 92108

TELEPHONE NO.: (866) 219-3343   FAX NO. *(Optional):* (866) 219-8344
ATTORNEY FOR *(Name):* Brooke Paulus

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division - Hall of Justice

CASE NAME:
Paulus v. Experian Information Solutions, Inc. et al

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**03/26/2021** at 04:36:22 PM

Clerk of the Superior Court
By Alma Rhodes, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [ ] Unlimited  [x] Limited | [ ] Counter  [ ] Joinder | 37-2021-00013537-CL-MC-CTL |
| (Amount demanded exceeds $25,000) (Amount demanded is $25,000) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Carolyn Caietti  DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)
   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)
   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)
   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)
   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)
   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)
   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint *(not specified above)* (42)
   **Miscellaneous Civil Petition**
   [ ] Partnership end corporate governance (21)
   [x] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify):* 4 (four)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 03/26/2021

Joshua B. Swigart
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central
TELEPHONE NUMBER: (619) 450-7070

PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S): Brooke Paulus

DEFENDANT(S)/RESPONDENT(S): Experian Information Solution Inc et.al.

Short Title: Paulus vs Experian Information Solution Inc [IMAGED]

# NOTICE OF HEARING

CASE NUMBER:
37-2021-00013537-CL-MC-CTL

Notice is given that the above-entitled case has been set for the reason listed below and at the location shown above. All inquiries regarding this notice should be referred to the court listed above.

| TYPE OF HEARING | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 09/24/2021 | 09:30 am | C-70 | Carolyn Caietti |

All hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. You must make arrangements to appear by telephone or video by contacting CourtCall at (888) 882-6878, or at www.courtcall.com. Please make your arrangements with CourtCall as soon as possible, before the hearing date. If you wait to contact CourtCall until the date and time of the hearing, CourtCall will be unable to process your request in time and you will not be able to appear at this hearing.

CourtCall will charge you a fee for making the arrangements for your appearance. The fee is required. However, if you have previously obtained an approved Order on Court Fee Waiver (FW-003/FW-003-GC), you must inform CourtCall that you have the Order so that CourtCall will not charge the fee for a telephonic appearance. If you do not have an approved Order on Court Fee Waiver (FW-003/FW-003-GC) but believe that you may be eligible for a fee waiver, you should immediately file a Request to Waive Court Fees (FW-001/FW-001-GC) with the Civil Business Office, to request an Order on Court Fee Waiver.

Counsel/Plaintiff in pro per: Check service list. If you have brought a party into this case who is not included in the service list, San Diego Superior Court Local Rules, Division II, requires you to serve the party with a copy of this notice. A case management statement must be completed by counsel for all parties or parties in pro per and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).
All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR options.

SUPCT CIV-700 (Rev. 12-06)

**NOH - NOTICE OF HEARING**

Page: 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

Central
330 West Broadway
San Diego, CA 92101

**SHORT TITLE:** Paulus vs Experian Information Solution Inc [IMAGED]

| | |
|---|---|
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**37-2021-00013537-CL-MC-CTL** |

I certify that I am not a party to this cause. I certify that a true copy of NOTICE OF HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The certification occurred at San Diego, California on 03/29/2021. The mailing occurred at Gardena, California on 03/30/2021.

Clerk of the Court, by: *a. Rhodes*
A. Rhodes
, Deputy

JOSHUA B SWIGART
SWIGART LAW GROUP APC
2221 CAMINO DEL RIO SOUTH # 308
SAN DIEGO, CA 92108

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS: 330 W Broadway
CITY AND ZIP CODE: San Diego, CA 92101-3827
BRANCH NAME: Central
TELEPHONE NUMBER: (619) 450-7070

PLAINTIFF(S) / PETITIONER(S):   Brooke Paulus

DEFENDANT(S) / RESPONDENT(S):   Experian Information Solution Inc et.al.

PAULUS VS EXPERIAN INFORMATION SOLUTION INC [IMAGED]

| | |
|---|---|
| **NOTICE OF CASE ASSIGNMENT**<br>**and CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>37-2021-00013537-CL-MC-CTL |

**CASE ASSIGNED FOR ALL PURPOSES TO:**

Judge:  Carolyn Caietti                                   Department: C-70

**COMPLAINT/PETITION FILED:** 03/26/2021

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 09/24/2021 | 09:30 am | C-70 | Carolyn Caietti |

Due to the COVID-19 pandemic, all hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. For information on arranging telephonic or video appearances, contact CourtCall at (888)882-6878, or at www.courtcall.com. Please make arrangements with CourtCall as soon as possible.

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

---

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS:  The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time.  General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS:  Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE:  Defendant must generally appear within 30 days of service of the complaint.  (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES:  In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR):  THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).



# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

**This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.**

**This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).**

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

Page: 2



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2021-00013537-CL-MC-CTL    CASE TITLE: Paulus vs Experian Information Solution Inc [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
    **(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),**
    **(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359),** *and*
    **(3) the Notice of Case Assignment form (SDSC form #CIV-721).**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

**Potential Advantages and Disadvantages of ADR**
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

**Most Common Types of ADR**
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

**Local ADR Programs for Civil Cases**

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

**Legal Representation and Advice**

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | **FOR COURT USE ONLY** |
| STREET ADDRESS: 330 West Broadway | |
| MAILING ADDRESS: 330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |

PLAINTIFF(S): Brooke Paulus

DEFENDANT(S): Experian Information Solution Inc et.al.

SHORT TITLE: PAULUS VS EXPERIAN INFORMATION SOLUTION INC [IMAGED]

| | |
|---|---|
| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>37-2021-00013537-CL-MC-CTL |

Judge: Carolyn Caietti                                Department: C-70

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)            ☐ Non-binding private arbitration

☐ Mediation (private)                    ☐ Binding private arbitration

☐ Voluntary settlement conference (private)  ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)           ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: *(Name)*


Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____    Date: _____


Name of Plaintiff                              Name of Defendant


Signature                                      Signature


Name of Plaintiff's Attorney                   Name of Defendant's Attorney


Signature                                      Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 03/29/2021                              JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)       **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**       Page: 1

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Joshua B. Swigart, Esq. (SBN 225557)
Swigart Law Group, APC
2221 Camino Del Rio South, Suite 308, San Diego, CA 92108

TELEPHONE NO.: (866) 219-3343

FOR COURT USE ONLY

ATTORNEY FOR (name): Brooke Paulus

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division - Hall of Justice

PLAINTIFF: Brooke Paulus
DEFENDANT: Experian Information Solutions, Inc. et al

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:
37-2021-00013537-CL-MC-CTL

To (name of one defendant only): Experian Information Solutions, Inc.
Plaintiff (name of one plaintiff only): Brooke Paulus
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. ☐ Pain, suffering, and inconvenience .................................................. $ _____
   b. ☐ Emotional distress. ........................................................................ $ _____
   c. ☐ Loss of consortium ....................................................................... $ _____
   d. ☐ Loss of society and companionship (wrongful death actions only) .. $ _____
   e. ☐ Other (specify) _____ $ _____
   f. ☐ Other (specify) _____ $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☐ Medical expenses (to date) ........................................................... $
   b. ☐ Future medical expenses (present value) ..................................... $
   c. ☐ Loss of earnings (to date) ............................................................. $
   d. ☐ Loss of future earning capacity (present value) ............................ $
   e. ☐ Property damage ......................................................................... $
   f. ☐ Funeral expenses (wrongful death actions only) ........................... $
   g. ☐ Future contributions (present value) (wrongful death actions only) $
   h. ☐ Value of personal service, advice, or training (wrongful death actions only) ... $
   i. ☐ Other (specify) _____ $
   j. ☐ Other (specify) _____ $
   k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify)... $ 10,000.00
   when pursuing a judgment in the suit filed against you.

Date: April 02, 2021

Joshua B. Swigart
(TYPE OR PRINT NAME)

*Joshua Swigart*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courts.ca.gov

**POS-015**

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 225557 | **FOR COURT USE ONLY** |
| NAME: Joshua B. Swigart, Esq. | | |
| FIRM NAME: Swigart Law Group, APC | | |
| STREET ADDRESS: 2221 Camino Del Rio South, Suite 308 | | |
| CITY: San Diego | STATE: CA   ZIP CODE: 92108 | |
| TELEPHONE NO.: (866) 219-3343 | FAX NO.: (866) 219-8344 | |
| E-MAIL ADDRESS: josh@swigartlawgroup.com | | |
| ATTORNEY FOR (Name): Brooke Paulus | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division - Hall of Justice

Plaintiff/Petitioner: Brooke Paulus
Defendant/Respondent: Experian Information Solutions, Inc. et al

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER:
37-2021-00013537-CL-MC-CTL

TO (insert name of party being served): Experian Information Solutions, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 02, 2021

Joshua B. Swigart                    _Joshua Swigart_
(TYPE OR PRINT NAME)             (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☐ A copy of the summons and of the complaint.
2. ☒ Other *(specify):*

   Statement of Damages - CIV-050


*(To be completed by recipient):*

Date this form is signed: _____

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,         (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

For your protection and privacy, please press the Clear This Form button after you have printed the form.   

NOTICE OF JOINT REMOVAL - EXHIBIT C - PAGE 030

**POS-015**

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 225557 | **FOR COURT USE ONLY** |
| NAME: Joshua B. Swigart, Esq. | | |
| FIRM NAME: Swigart Law Group, APC | | |
| STREET ADDRESS: 2221 Camino Del Rio South, Suite 308 | | |
| CITY: San Diego    STATE: CA   ZIP CODE: 92108 | | |
| TELEPHONE NO.: (866) 219-3343   FAX NO.: (866) 219-8344 | | |
| E-MAIL ADDRESS: josh@swigartlawgroup.com | | |
| ATTORNEY FOR (Name): Brooke Paulus | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
  STREET ADDRESS: 330 West Broadway
  MAILING ADDRESS: 330 West Broadway
  CITY AND ZIP CODE:   San Diego, CA 92101
  BRANCH NAME: Central Division - Hall of Justice

  Plaintiff/Petitioner:  Brooke Paulus
Defendant/Respondent:  Experian Information Solutions, Inc. et al

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>37-2021-00013537-CL-MC-CTL |

TO (insert name of party being served): Experian Information Solutions, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 02, 2021

Joshua B. Swigart                              _Joshua Swigart_____
(TYPE OR PRINT NAME)                  (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. ☐ A copy of the summons and of the complaint.
2. ☒ Other (specify):

    Statement of Damages - CIV-050

**(To be completed by recipient):**

Date this form is signed: _____

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,   (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                 ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.      

NOTICE OF JOINT REMOVAL - EXHIBIT C - PAGE 031

| | |
|---|---|
| Joshua B. Swigart (SBN 225557) <br> Josh@SwigartLawGroup.com <br> Juliana G. Blaha (SBN 331066) <br> Juliana@SwigartLawGroup.com <br> **SWIGART LAW GROUP, APC** <br> 2221 Camino del Rio S, Ste 308 <br> San Diego, CA 92108 <br> P: 866-219-3343 <br> F: 866-219-8344 | Daniel G. Shay (SBN 250548) <br> DanielShay@TCPAFDCPA.com <br> **LAW OFFICE OF DANIEL G. SHAY** <br> 2221 Camino del Rio S, Ste 308 <br> San Diego, CA 92108 <br> P: 619-222-7429 <br> F: 866-219-8344 |

*Attorneys for Plaintiff*

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| BROOKE PAULUS, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. and MISSION FEDERAL CREDIT UNION, <br><br> Defendants. | CASE NO.: 37-2021-00013537-CL-MC-CTL <br><br> PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Proof of Service

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joshua Swigart, 225557<br>Swigart Law Group, APC<br>2221 Camino del Rio S., Ste. 308<br>San Diego, CA 92108<br>TELEPHONE NO.: 866-219-3343<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, San Diego County
330 W. Broadway
San Diego, CA 92101-3409

PLAINTIFF/PETITIONER: BROOKE PAULUS

DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, et al.

CASE NUMBER: 37-2021-00013537-CL-MC-CTL

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Complaint, Civil Case Cover Sheet, Summons on Complaint, Notice of Hearing, Notice of Case Assignment and Case Management Conference, Alternative Dispute Resolution (ADR) Information, Stipulation to Use Alternative Dispute Resolution (ADR)

3. a. Party served: Experian Information Solutions, Inc.
   b. Person Served: CT Corp - Daisy Montenegro - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 03/29/2021     (2) at (time): 12:55PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Experian Information Solutions, Inc.
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Mario Lopez
   b. Address: One Legal - P-000618-Sonoma
              1400 North McDowell Blvd, Ste 300
              Petaluma, CA 94954

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.:
          (iii) County:

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/29/2021

Mario Lopez
(NAME OF PERSON WHO SERVED PAPERS)

*(signature)*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 16072379

NOTICE OF JOINT REMOVAL - EXHIBIT C - PAGE 033

*Brooke Paulus v. Experian Information, Inc., et al*
*37-2021-00013537-CL-MC-CTL*
*San Diego Superior Court*

## PROOF OF SERVICE

I, Joshua B. Swigart, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 308, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I mailed through U.S. Mail to Defendant the following documents:

1. Proof of service of summons and complaint on Defendant Experian Information Solutions, Inc.

[X] U.S. MAIL, I served a copy of the above listed documents by placing the envelope for collection and mailing on the date and at the place to the attorneys and/or parties shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 20, 2021, at San Diego, California.

*Joshua Swigart*
Joshua B. Swigart

**Name and Addresses of Each Person Served:**

Experian Information Solutions, Inc. c/o Sean Yi, Esq.
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121

Mission Federal Credit Union
10325 Meanley Dr
San Diego, CA 9213

1

Proof of Service

| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>Juliana G. Blaha (SBN 331066)<br>Juliana@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 619-222-7429<br>F: 866-219-8344 |

*Attorneys for Plaintiff*

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF SAN DIEGO

| | |
|---|---|
| BROOKE PAULUS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MISSION FEDERAL CREDIT UNION,<br><br>    Defendants. | ) CASE NO.: 37-2021-00013537-CL-MC-CTL<br>)<br>)<br>) PROOF OF SERVICE OF SUMMONS AND<br>) COMPLAINT ON DEFENDANT MISSION<br>) FEDERAL CREDIT UNION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joshua B. Swigart, Esq. (SBN: 225557)<br>Swigart Law Group, APC<br>2221 Camino Del Rio South Suite 308<br>San Diego, CA 92108<br>   TELEPHONE NO.: 866-219-3343    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>   ATTORNEY FOR *(Name)*:  Brooke Paulus | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
   STREET ADDRESS:  330 W Broadway
   MAILING ADDRESS:
   CITY AND ZIP CODE:  San Diego, 92101
   BRANCH NAME:  Hall of Justice

| PLAINTIFF / PETITIONER: Brooke Paulus<br>DEFENDANT / RESPONDENT: Experian Information Solutions, Inc, et al. | CASE NUMBER:<br>37-2021-00013537-CL-MC-CTL |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>5573061 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:   Notice of Case Assignment; Notice of Eligibility to eFile and Assignment to Imaging Department; Notice of Hearing and Statement of Damages
3. a. Party served *(specify name of party as shown on documents served)*:
      Mission Federal Credit Union
   b. [X] Person (other than the party in Item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Vi Flemming, Mailroom
4. Address where the party was served:
   10325 Meanley Dr, San Diego, CA 92131
5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  Mon, Apr 05 2021     (2) at *(time)*:  12:30 PM
   b. [ ] by substituted service. On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
           from *(city)*:                                           or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 (Rev. January 1, 2007) | PROOF OF SERVICE OF SUMMONS | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF / PETITIONER: Brooke Paulus<br>DEFENDANT / RESPONDENT: Experian Information Solutions, Inc, et al. | CASE NUMBER:<br>37-2021-00013537-CL-MC-CTL |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):      (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:  Mission Federal Credit Union
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☒ 416.90 (authorized person)
      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
      ☐ other:

7. Person who served papers
   a. Name: Timothy W. Barrett
   b. Address: 2221 Camino Del Rio South Suite 103, San Diego, CA 92108
   c. Telephone number: 619-955-7225
   d. The fee for service was:
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☒ owner ☐ employee ☐ independent contractor
         (ii) Registration No: 1436
         (iii) County: San Diego

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4/15/21

Timothy W. Barrett
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)      *(signature)*      (SIGNATURE)

*Brooke Paulus v. Experian Information, Inc., et al*
37-2021-00013537-CL-MC-CTL
San Diego Superior Court

## PROOF OF SERVICE

I, Joshua B. Swigart, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 308, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I mailed through U.S. Mail to Defendant the following documents:

1. Proof of service of summons and complaint on Defendant Mission Federal Credit Union.

[X] U.S. MAIL, I served a copy of the above listed documents by placing the envelope for collection and mailing on the date and at the place to the attorneys and/or parties shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 22, 2021, at San Diego, California.

Joshua B. Swigart

**Name and Addresses of Each Person Served:**

Experian Information Solutions, Inc. c/o Sean Yi, Esq.
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121

Mission Federal Credit Union
10325 Meanley Dr
San Diego, CA 9213

1
Proof of Service    NOTICE OF JOINT REMOVAL - EXHIBIT C - PAGE 038